## IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Ohio

| | | |
|---|---|---|
| **In the Matter of**: | } | |
| | } | Case No. 13-bk-58487 |
| Terrance Watson | } | |
| | } | |
| | } | Chapter 13 |
| | } | |
| **Debtor(s)** | } | |

### Notice of Change of Address

My  Former Mailing Address was:

Name:       Terrance Watson

Street:       6659 Dundee Place

City, State, Zip: Columbus, OH 43227

**Please be advised that effective March 19th, 2015
my new mailing address is:**

Name:       **Terrance Watson**

Street:       **1659 Dundee Place**

City, State ,Zip: **Columbus, OH 43227**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on March 19th, 2015
to the following:
**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**<u>Served by Regular US Mail:</u>**

**Debtor:**
Terrance Watson
1659 Dundee Place
Columbus, OH 43227

Respectfully Submitted,

<u>/s/ Erin E. Schrader</u>
Erin E. Schrader (0078078)
Rauser & Associates
5 East Long St., Suite 300
Columbus, OH 43215
(614) 228-4480