**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-bk-58487 |
| Terrance Watson } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:       Terrance Watson

Street:       1659 Dundee Place

City, State, Zip: Columbus, OH 43227


**Please be advised that effective March 31st, 2015**
**my new mailing address is:**

Name:       **Terrance Watson**

Street:       **6339 Upper Ridge Dr.**

City, State ,Zip: **Canal Winchester, OH 43110**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on March 31st, 2015 to the following:
**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Terrance Watson
6339 Upper Ridge Dr.
Canal Winchester, OH 43110

                                                   Respectfully Submitted,

                                                   /s/ Erin E. Schrader
                                                 Erin E. Schrader (0078078)
                                                 Rauser & Associates
                                                 5 East Long St., Suite 300
                                                 Columbus, OH 43215
                                                 (614) 228-4480